IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEROY O. CARLSON and TERESA J. CARLSON, | ) ) | Case No. 4:11-cv-3173 |
| Plaintiff, | ) | |
| v. | ) ) | |
| CREDIT MANAGEMENT SERVICES, INC., | ) | |
| DANA KAY FRIES #22411 personally, | ) | |
| JANE J. RICHARDSON #19833 personally, | ) | |
| TESSA P. HERMANSON #23179 personally, | ) | |
| JESSICA L.V. PISKOWSKI #24243, | ) | |
| personally, and BRADY W. KEITH #24305 | ) | |
| personally, | ) ) | |
| Defendants. | ) | |

**MOTION TO DISMISS**

Each of the Defendants hereby move the Court to dismiss Plaintiffs Complaint for insufficient service of process (FED.R.CIV.P. 12(b)(5)); for lack of personal jurisdiction (FED.R.CIV.P. 12(b)(2)); and for failure to state a claim upon which relief can be granted. (FED.R.CIV.P. 12(b)(6)).

CREDIT MANAGEMENT SERVICES, INC., DANA KAY FRIES, JANE J. RICHARDSON, TESSA P. HERMANSON, JESSICA L.V. PISKOWSKI, and BRADY W. KEITH, Defendants,

By:   BASSFORD REMELE P.A.

By:   _Michael A. Klutho_
      Michael A. Klutho
      Christopher R. Morris
      33 South Sixth Street, Suite 3800
      Minneapolis, MN  55402
      Telephone:  (612) 333-3000
      Facsimile:  (612) 333-8829
      mklutho@bassford.com
      cmorris@bassford.com

AND

2

By:     PERRY, GUTHERY, HAASE
        & GESSFORD, P.C., L.L.O.

By:     *John M. Guthery*
        John M. Guthery, #11638
        233 South 13th Street, Suite 1400
        Lincoln, Nebraska  68508
        Telephone:  (402) 476-9200
        Facsimile:   (402) 476-0094
        jguthery@perrylawfirm.com