IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEROY O. CARLSON and TERESA J. CARLSON, | ) ) | Case No. 4:11-cv-3173 |
| Plaintiff, | ) | |
| v. | ) ) | |
| CREDIT MANAGEMENT SERVICES, INC., DANA KAY FRIES #22411 personally, JANE J. RICHARDSON #19833 personally, TESSA P. HERMANSON #23179 personally, JESSICA L.V. PISKOWSKI #24243, personally, and BRADY W. KEITH #24305 personally, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## INDEX OF EVIDENCE IN SUPPORT OF DEFENDANTS MOTION TO DISMISS

The Defendants identify the following evidentiary materials in support of their Motion to Dismiss:

Exhibit 1.    Declaration of Tessa P. Hermanson.

                        CREDIT MANAGEMENT SERVICES, INC., DANA KAY FRIES, JANE J. RICHARDSON, TESSA P. HERMANSON, JESSICA L.V. PISKOWSKI, and BRADY W. KEITH, Defendants,

                        By:    BASSFORD REMELE P.A.

                        By:    *Michael A. Klutho*
                        Michael A. Klutho
                        Christopher R. Morris
                        33 South Sixth Street, Suite 3800
                        Minneapolis, MN  55402
                        Telephone:  (612) 333-3000
                        Facsimile:   (612) 333-8829
                        mklutho@bassford.com
                        cmorris@bassford.com

                        AND

2

By: PERRY, GUTHERY, HAASE
& GESSFORD, P.C., L.L.O.

By: *John M. Guthery*
John M. Guthery, #11638
233 South 13th Street, Suite 1400
Lincoln, Nebraska 68508
Telephone: (402) 476-9200
Facsimile: (402) 476-0094
jguthery@perrylawfirm.com