IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEROY O. CARLSON and TERESA J. CARLSON, <br>  Plaintiff, <br> v. <br><br> CREDIT MANAGEMENT SERVICES, INC., <br> DANA KAY FRIES #22411 personally, <br> JANE J. RICHARDSON #19833 personally, <br> TESSA P. HERMANSON #23179 personally, <br> JESSICA L.V. PISKOWSKI #24243, personally, and BRADY W. KEITH #24305 personally, <br><br>   Defendants. | Case No. 4:11-cv-3173 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 14, 2011, he caused a true and correct copy of Defendants Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss, Declaration of Tessa P. Hermanson and Index of Evidence to be filed with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF filing system which served a copy upon the following CM/ECF participants: None.

The undersigned further certifies that on December 14, 2011 he caused a true and correct copy of Defendants Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss, Declaration of Tessa P. Hermanson and Index of Evidence to be served, by depositing a copy thereof in the United States mail, first class postage prepaid, upon the following non CM/ECF participants:

| | |
|---|---|
| LeRoy O. Carlson <br> P.O. Box 1221 <br> Norfolk, Nebraska 68702 <br> *Pro se Plaintiff* | Teresa J. Carlson <br> P.O. Box 1221 <br> Norfolk, Nebraska 68702 <br> *Pro se Plaintiff* |

CREDIT MANAGEMENT SERVICES, INC.,
DANA KAY FRIES, JANE J. RICHARDSON,
TESSA P. HERMANSON, JESSICA L.V.
PISKOWSKI, and BRADY W. KEITH,
Defendants,

By: BASSFORD REMELE P.A.

By: *Michael A. Klutho*
Michael A. Klutho
Christopher R. Morris
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
mklutho@bassford.com
cmorris@bassford.com

AND

By: PERRY, GUTHERY, HAASE
& GESSFORD, P.C., L.L.O.

By: *John M. Guthery*
John M. Guthery, #11638
233 South 13th Street, Suite 1400
Lincoln, Nebraska 68508
Telephone: (402) 476-9200
Facsimile: (402) 476-0094
jguthery@perrylawfirm.com

2