FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 JAN 26 PM 12: 01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEROY O. CARLSON

TERESA J. CARLSON

P.O. Box 1221

Norfolk, Nebraska 68702

Plaintiffs

vs

CREDIT MANAGEMENT SERVICES INC.

DANA KAY FRIES #22411 personally,

JANE J. RICHARDSON #19833 personally,

TESSA P. HERMANSON #23179 personally,

JESSICA L.V. PISKOWSKI #24243 personally,

BRADY W. KEITH #24305 personally,

P.O. Box 1512

Grand Island, Nebraska 68802

        Defendants

Case No: 4:11-cv-3173

MOTION FOR ENLARGEMENT
OF TIME

## MOTION FOR ENLARGEMENT OF TIME

Plaintiffs LeRoy O. Carlson and Teresa J. Carlson, move the Court for Enlargement of Time to

answer Defendants Motion to Dismiss Amended Complaint. Plaintiffs ask for 30 days enlargement do to medical emergency.

Respectfully submitted.

_____
LeRoy O. Carlson

_____
Teresa J. Carlson

CERTIFICATE OF SERVICE

I certify a copy hereof of Motion For Enlargement Of Time has been mailed to Defendants at the following address on the 25th day of January 2012 by postage paid USPS mail.

BASSFORD REMELE P.A.
Michael A. Klutho
Christopher R. Morris
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402


PERRY, GUTHERY, HAASE, & GESSFORD,P.C., L.L.O.
John M Guthery, #11638
233 South 13th Street, Suite 1400
Lincoln, Nebraska 68508

_____
LeRoy O. Carlson



LEROY CARLSON
P.O. BOX 1221
NORFOLK, NEBRASKA
68702

U.S. DISTRICT COURT OF NEBRASKA
593 FEDERAL BUILDING
100 CENTENNIAL MALL NORTH,
LINCOLN, NE 68508-3803

RECEIVED
JAN 26 2012
CLERK
U.S. DISTRICT COURT
LINCOLN