IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEROY O. CARLSON, and<br>TERESA J. CARLSON, | ) <br> ) <br> ) | 4:11CV3173 |
| Plaintiffs, | ) <br> ) | **JUDGMENT** |
| v. | ) <br> ) | |
| CREDIT MANAGEMENT<br>SERVICES, INC., et al., | ) <br> ) <br> ) | |
| Defendants. | ) | |

Pursuant to the previous Memorandum and Order entered this date, this case is dismissed without prejudice.

DATED this 14th day of March, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge